SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID PHILLIP VECHIL,<br><br>       Plaintiff,<br><br>       v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>       Defendant. | Case No. 3:25-cv-00195-CLB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br>(***FIRST REQUEST***) |

Defendant Frank Bisignano, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a seven day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by June 17, 2025. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has experienced technical

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

difficulties in filing the CAR. More time is necessary to resolve these technical difficulties so that the CAR may be filed.

For these reasons, Defendant requests an extension in which to respond to the Complaint until June 24, 2025. If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date. On June 17, 2025, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including June 24, 2025.

Dated: June 17, 2025                Respectfully submitted,

                                    SUE FAHAMI
                                    Acting United States Attorney

                                    */s/ Zachary Berkoff-Cane*
                                    ZACHARY BERKOFF-CANE
                                    Special Assistant United States Attorney


                                    IT IS SO ORDERED:

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE


                                    DATED: June 18, 2025

2